**Bernard McFADDEN, Plaintiff–Appellant,**

v.

**Ms. Cynthia YORK, Classification Officer of Kershaw Correctional Institution; Ms. Cecilia Reynolds, Warden of KRCI; Ms. L. Miller, a/k/a Lula Miller, First Name Unknown, Lieutenant of KRCI, in their individual or personal capacities; John or Jane Doe, a/k/a Jane Doe, Clerk, U.S. District Court; Mr. J.C. Gaston, a/k/a Jannita C. Gaston, Grievance Hearing Officer; in their individual or personal capacities, Defendants–Appellees,**

**and**

**John or Jane Does, Step 2 Grievance Hearing Officers, Defendant.**

No. 14–7572.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Bernard McFadden, Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. York*, No. 8:13–cv–02278–JMC, 2014 WL 4954921 (D.S.C. Sept. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*